UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SVEN J. SOHOLT,

                      Plaintiff,

            v.

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

                      Defendant.

CASE NO. 10-cv-05937 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     The matter is therefore REVERSED and REMANDED to the Administration for

further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)     **JUDGMENT** is for **PLAINTIFF** and the case is closed.

DATED this 28th day of November, 2011.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1