# United States District Court

WESTERN DISTRICT OF WASHINGTON

SVEN J. SOHOLT

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5937RBL

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Reort and Recommendation;

The matter is therefore REVERSED and REMANDED to the Administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

**JUDGMENT** is for **PLAINTIFF** and the case is closed.

| | |
|---|---|
|   November 29, 2011   |   WILLIAM M. McCOOL   |
| | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |